# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ABDELMONAEM HLALI,** | : | CIVIL NO. 1:17-CV-1371 |
| | : | |
| Petitioner | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **CLAIRE DOLL,** | : | |
| | : | |
| Respondent | : | |

## ORDER

AND NOW, this 19th day of December, 2017, upon consideration of the petition for writ of habeas corpus, and for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. The Clerk of Court is directed to TERMINATE Thomas R. Decker, Jacqueline Osterlind, Thomas S. Winkowaski, and Jeh Charles Johnson as respondents in this action.

2. The petition for writ of habeas corpus (Doc. 1) is DENIED.

3. The Clerk of Court is further directed to CLOSE this case.

                    /S/ CHRISTOPHER C. CONNER
                    Christopher C. Conner, Chief Judge
                    United States District Court
                    Middle District of Pennsylvania